# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 24, 2010

By ECF
The Honorable Judge Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **U.S.A. v. Robert Woods, 10 CR 330 (JO)**

Your Honor:

      I write to ask that Your Honor allow me to provide the sentencing submission to the Court file without filing it on ECF. Given the nature of the charges I think there is a concern for safety of my client and his family, and would object to the ECF filing on due process and statutory grounds.

      I can address the issue at an appearance either before, during, or after Mr. Woods sentencing, scheduled for Thursday, August 26.

      Respectfully Submitted,

      /s/

JAN A. ROSTAL, ESQ.
(718) 330-1207

cc: Todd Kaminsky Esq. (AUSA) (by email)
    USPO James J. Fonti (by email)
    Mr. Robert Woods (by email)